# SHER TREMONTE LLP

June 21, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   *United States v. Person, et al.*, No. 17 Cr. 683 (LAP)

Dear Judge Preska:

We represent Chuck Person in the above-referenced case and write to request a modification of Mr. Person's travel restrictions.

Specifically, we respectfully request that Mr. Person be permitted to travel to Alpharetta, Georgia next Tuesday through Thursday, June 26–28, 2018. Mr. Person is contemplating the possibility of moving to the greater Atlanta area once the lease on his house in Auburn expires at the end of this month. Alpharetta, a suburb of Atlanta just 130 miles from where Mr. Person currently resides, offers greater professional opportunities for Mr. Person and his girlfriend (with whom he resides). The purpose of next week's visit is to explore housing options. Accordingly, we respectfully request that the Court modify Mr. Person's travel restrictions to permit him to travel to and from Alpharetta, Georgia and the surrounding area.

Mr. Person will remain obligated to comply with the other conditions of his release, including pretrial supervision as directed by Pretrial Services.

Assistant U.S. Attorney Noah Solowiejczyk and Mr. Person's Pretrial Services Officer, Blake Tolbert, have no objection to the requested travel modifications.

We appreciate the Court's consideration.

**SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Michael W. Gibaldi*

Michael W. Gibaldi

cc:   Counsel of record (by ECF)

90 BROAD STREET | 23RD FLOOR | NEW YORK, NY 10004
WWW.SHERTREMONTE.COM | TEL 212.202.2600 | FAX 212.202.4156