# SHER TREMONTE LLP

August 13, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Person, et al.*, No. 17 Cr. 683 (LAP)

Dear Judge Preska:

We represent Chuck Person in the above-referenced case and write to request a modification of Mr. Person's travel restrictions.

Specifically, we respectfully request that Mr. Person be permitted to travel to Jeffersonville, Indiana from August 17–19, 2018, to visit his fiancée's son and for professional opportunities.

Mr. Person will remain obligated to comply with the other conditions of his release, including pretrial supervision as directed by Pretrial Services.

Assistant U.S. Attorney Noah Solowiejczyk and Mr. Person's Pretrial Services Officer, Lea Harmon, have no objection to the requested travel modifications.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Michael W. Gibaldi*

Michael W. Gibaldi

cc:   Counsel of record (by ECF)