**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

  Re: United States v. Chuck Connors Person, et al., S1 17 Cr. 683 (LAP)

Dear Judge Preska:

  We write to respectfully request that the Court accept the oversized brief filed by the Government [Dkt. 97] in opposition to the Defendants' Motions to Suppress Wiretap and Cell Phone Evidence in the above-captioned case. The Government's brief exceeds the Court's twenty-page limit outlined in Your Honor's Individual Rules.

             Respectfully submitted,

             GEOFFREY S. BERMAN
             United States Attorney

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
8/30/18

        By:    /s/
          Robert L. Boone/Noah Solowiejczyk/
          Eli J. Mark/Aline D. Flodr
          Assistant United States Attorneys
          (212) 637-2208/2473/2431/1110

cc: Defense counsel (by email)