

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2019

**BY ECF**

The Honorable Loretta A. Preska
Senior United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Chuck Connors Person et al., S1 17 Cr. 683 (LAP)

Dear Judge Preska:

      It is the Government's understanding that defendant Chuck Connors Person wishes to enter a change of plea in the above-captioned case.  To that end, the Government requests that Person's change of plea hearing be scheduled for Tuesday, March 19, 2019, at 10:30 a.m.  Defense counsel consent to this request.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney

                      By:           /s/
                            Robert L. Boone/Aline Flodr
                            Assistant United States Attorneys
                            (212) 637-2208/1110

cc: Defense counsel (via ECF)