# SHER TREMONTE LLP

December 2, 2019

**BY ECF**

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-10-19

    **Re:**   *United States v. Chuck Connors Person*,
           Case No. 17-cr-683 (LAP)

Dear Judge Preska:

    On behalf of my client Chuck Person, I write to request a modification to the terms of Mr. Person's supervised release to permit him to travel to the Philippines from January 10 through January 21, 2020 for work-related purposes. To that end, I also request that the Court authorize the release of Mr. Person's passport.

    Mr. Person's Probation Officer, Dennis Tudor, has informed me that he has no objection to these requests.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/3/19

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma

cc (by email):

Sr. United States Probation Officer Dennis S. Tudor