# SHER TREMONTE LLP

January 7, 2020

**BY ECF**

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



Re: *United States v. Chuck Connors Person,*
Case No. 17-cr-683 (LAP)

Dear Judge Preska:

I write on behalf of my client, Chuck Person. On December 10, 2019, Your Honor granted a modification to the terms of Mr. Person's supervised release to permit him to travel to the Philippines from January 10 through January 21, 2020 for work-related purposes. Mr. Person's travel plans have changed. Specifically, Mr. Person seeks the Court's authorization for the following work-related travel:

1) On January 20, 2020, travel from Atlanta to Dubai;
2) On February 3, 2020, travel from Dubai to Manila; and
3) On February 8, 2020, travel from Manila back to Atlanta.

Mr. Person's Probation Officer, Dennis S. Tudor, has informed me that he has no objection to this modified request.

I appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *Theresa Trzaskoma*

Theresa Trzaskoma

Approved
SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/8/20

cc (by email): Sr. United States Probation Officer Dennis S. Tudor